## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**ELIZABETH CROUCH, individually and
as Special Administratrix of the Estate of
Thomas Daniel Crouch, Deceased**                                                             **PLAINTIFF**

**v.**                             **Case No. 2:20-cv-00078 KGB**

**MASTER WOODCRAFT CABINETRY,
LLC, WALTER EARL HICKS, and John
and Jane Doe Entities 1-3;**                                                                **DEFENDANTS**

## ORDER

Before the Court is plaintiff Elizabeth Crouch's motion to dismiss the defendant Penske Leasing and Rental Company (Dkt. No. 8). For good cause shown, the Court grants the motion (Dkt. No. 8). Ms. Crouch's claims against Penske Leasing and Rental Company are dismissed without prejudice.

It is so ordered this 30th day of November, 2020.

_____
Kristine G. Baker
United States District Judge